158 A.3d 70

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John R. BARNES, Jr., Petitioner**

**No. 252 MAL 2016**

Supreme Court of Pennsylvania.

September 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue notes her dissent.